1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DANIEL RODRIGUEZ QUINTERO,                No.  2:23-cv-1719 CKD P

12                  Plaintiff,

13            v.

14    TRISTAN LEMON, et al.,                     ORDER

15                  Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983.  In his complaint, plaintiff alleges violations of his civil rights by defendants in

19    Fresno County.  Fresno County lies within the jurisdiction of the Fresno Division of this court.

20    See Local Rule 120(d).

21          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

22    division of a court may, on the court's own motion, be transferred to the proper division of the

23    court.  Therefore, this action will be transferred to the Fresno Division of the court.

24          Good cause appearing, IT IS HEREBY ORDERED that:

25          1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

26          2.  This action is transferred to the United States District Court for the Eastern District of

27    California sitting in Fresno; and

28    /////

                                                    1

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: August 18, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hh
quin1719.22

2