UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL QUINTERO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRISTAIN LEMON, et al.<br><br>　　　　　Defendants. | No. 1:23-cv-01233-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM<br><br>(Docs. 14, 16, 17) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 16, 2023, the assigned magistrate judge issued findings and recommendations, recommending that the court dismiss plaintiff's first amended complaint for failure to state a cognizable claim for relief. Doc. 14. Plaintiff timely filed objections on October 26, 2023. Doc. 15.

While the findings and recommendations were pending, plaintiff filed a motion for summary judgment on November 27, 2023. Doc. 16. On November 28, 2023, the magistrate judge issued findings and recommendations recommending that plaintiff's motion for summary

1

1  judgment be denied because it was defective and because there were pending findings and
2  recommendations to dismiss the action.  Doc. 17.   The findings and recommendations regarding
3  the motion for summary judgment were served on plaintiff and contained notice that any
4  objections thereto were to be filed within fourteen (14) days of service.  *Id*. at 2.  No objections
5  were filed and the time to do so has passed.

6        In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of
7  this case.  In his objections to the magistrate judge's findings and recommendations regarding the
8  dismissal of this action, plaintiff argues that his property was destroyed after the plaintiff got into
9  an argument with officers.  Doc. 15 at 1.  Liberally construing the allegations in the objections,
10 plaintiff alleges that the officers informed his cellmate that he "snitched" on them, and that after
11 plaintiff confronted the officers about this, the officers destroyed his property.  These new
12 allegations are sparse, however, and are insufficient to state a claim.  Moreover, plaintiff has filed
13 several other cases in this court, and in at least one of those cases plaintiff has made many of the
14 same allegations he makes in his objections to the findings and recommendations.  *See e.g.,*
15 *Quintero v. Mike et al*., case no. 1:23-cv-01737-EPG.

16       The magistrate judge correctly noted that plaintiff's first amended complaint fails to state
17 a claim for which relief could be granted.  Plaintiff's objections do not undermine the magistrate
18 judge's analysis.  Given that plaintiff's pending complaint in *Quintero v. Mike et al*., case no.
19 1:23-cv-01737-EPG, already appears to include the allegations plaintiff raises in his objections,
20 there is no basis to grant plaintiff leave to amend his complaint in the present case.  The court
21 declines to allow plaintiff to amend his complaint in the present action to include allegations that
22 plaintiff is already litigating in another action.[1]
23 ///
24 ///
25 ///

---

[1] Plaintiff also lodged a second amended complaint (titled Third Amended Complaint) with the court on September 26, 2024.  Doc. 20.  To the extent the lodged second amended complaint alleges new first and fourteenth amendment claims for the alleged destruction and concealment of evidence, they are sparse and do not sufficiently state a cognizable claim.  *See* Doc. 20.

2

Having carefully reviewed the file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued on October 16, 2023, Doc. 14, are ADOPTED IN FULL;
2. This action is DISMISSED for failure to state a cognizable claim for relief;
3. Plaintiff's motion for summary judgment filed on November 27, 2023, Doc. 16, is terminated as moot; and
4. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: October 21, 2024

UNITED STATES DISTRICT JUDGE