UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL QUINTERO,<br><br>              Plaintiff,<br><br>    v.<br><br>TRISTAIN LEMON, et al.<br><br>              Defendants. | No. 1:23-cv-01233-KES-SAB (PC)<br><br>Appeal No. 24-7208<br><br>ORDER REGARDING IN FORMA PAUPERIS STATUS ON APPEAL<br><br>(ECF No. 27) |

On October 22, 2024, the instant action filed pursuant to 42 U.S.C. § 1983, was dismissed, for failure to state a cognizable claim for relief and judgment was entered. (ECF Nos. 21, 22.)

On November 14, 2024, Plaintiff filed a notice of appeal. (ECF No. 23.) On November 25, 2024, Plaintiff filed a motion to proceed *in forma pauperis* on appeal. (ECF No. 24.)

On December 3, 2024, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. 28 U.S.C. § 1915(a)(3). (ECF No. 27.) The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated:  **December 6, 2024**

STANLEY A. BOONE
United States Magistrate Judge

1