UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL QUINTERO,<br><br>        Plaintiff,<br><br>    v.<br><br>TRISTAIN LEMON, et al.<br><br>        Defendants. | No.  1:23-cv-01233-KES-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AS MOOT<br><br>(ECF No. 29) |

On October 22, 2024, the instant action filed pursuant to 42 U.S.C. § 1983, was dismissed and judgment was entered.  (ECF Nos. 21, 22.)

On November 14, 2024, Plaintiff filed a notice of appeal.  (ECF No. 23.)

On January 6, 2025, Plaintiff filed a motion for an extension of time listing three separate case numbers.  (ECF No. 29.)  Inasmuch as this case has been dismissed and judgment has been entered, Plaintiff's motion for an extension of time is MOOT and is HEREBY DENIED as improperly filed in this action.

IT IS SO ORDERED.

Dated:  **January 7, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1